FILED

06/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0261

OP 22-0261

# In The Supreme Court of The State of Montana

Thomas W French
AO#3026953
50 Crossroads Dr.
Shelby, MT 59474

Motion to Compell
DC-18-078

FILED

MAY 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Thomas W French request the Supreme Court of the State of Montana, grant a Motion to Compel the 21st Judicial court, Ravalli County, Montana, Honorable Judge Jennifer Lint.

Mr. French on several occasions has requested an entire case file to include All documentation, Discovery, communications between County Attorney's and his Attorney Mr. Archabald of the Office of Public Defender.

On Jan. 14, 2022 mr. French filed a Motion to Compel in the 21st Judicial court, Ravalli County.
Honorable Judge Jennifer Lint. Requesting the Court Grant this (His) motion against the Office of Public Defender, requiring them to produce all requested materials.

Mr. French initially requested a complete case file from his attorney Mr. Archabald. Receiving only a partial casefile, he then requested the complete file on April 14, 2021 and again Dec. 20, 202 His attempts have failed.

There for Mr. French request this Court grant a motion to compel the 21st Judicial Court, Ravalli County Honorable Judge Jennifer Lint fullfill the motion to Compell Request filed on Jan. 14, 2022.

Dated: 4-25-22
Signed: Thomas W French

Public of Notary:

This was Signed before me on 4/25/2022 by Thomas W. French.

S. Clark

S. CLARK
NOTARIAL
SEAL
STATE OF MONTANA

S. CLARK
NOTARY PUBLIC for the
State of Montana
Residing at Shelby, Montana
My Commission Expires
May 08, 2023

# CERTIFICATE OF SERVICE

I certify that I filed this

☐ Petition

☒ Motion

☐ Other _____

*[Name of document]*

with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any other party not represented by counsel as follows:

Montana Attorney General

*[Name of opposing counsel]*

P.O Box 201401

Helena, MT 59620

*[Address]*

Counsel for State of Montana

Ravalli Cty. Attorney William Fullbright

*[Other party representing himself or herself]*

205 Bedford St. Suite D

Hamilton, MT. 59840

*[Address]*

DATED this 9 day of May , 20 22 .

_____

*[Signature]*

Thomas W French

*[Print name]*



© Montana Supreme Court

| Date | Filing # | Action |
|------|----------|--------|

## State of Montana vs. Thomas William French

| Date | Filing # | Action |
|------|----------|--------|
| 03/09/2018 | 1.00 | Motion For Leave to File Information and Affidavit in Support |
| 03/09/2018 | 2.00 | State's Initial Discovery Notice |
| 03/09/2018 | 3.00 | State's Notice of Initial Appearance and Service of District Court Documents |
| 03/12/2018 | 5.00 | Order Granting Leave to File Information |
| 03/12/2018 | 6.00 | Information |
| 03/12/2018 | 4.00 | Notice Of Appearance And Request For Discovery Re: Ronald R. Piper To Represent Defendant |
| 03/15/2018 | 7.00 | Minute Entry |
| 03/15/2018 | 8.00 | Statement as to Bail |
| 03/15/2018 | 9.00 | Conditions of Release |
| 03/15/2018 | 10.00 | Acknowledgement of Rights |
| 03/29/2018 | 11.00 | Minute Entry |
| 04/05/2018 | 12.00 | State's Notice of Compliance with Discovery |
| 04/12/2018 | 13.00 | Minute Entry |
| 04/13/2018 | 14.00 | Omnibus Hearing Memorandum |
| 04/13/2018 | 15.00 | Order re: Face to Face Conference |
| 04/17/2018 | 16.00 | Motion for Bail Reduction Hearing |
| 04/17/2018 | 17.00 | Defendant's Motion to Dismiss Incest Charges |
| 04/18/2018 | 18.00 | Order Setting Bail Hearing |
| 04/19/2018 | 19.00 | Minute Entry |
| 04/20/2018 | 20.00 | Minute Entry |
| 04/23/2018 | 21.00 | State's Notice of Compliance with Discovery |
| 04/25/2018 | 22.00 | Notice of Defendant's Current Eligibility Status |
| 04/25/2018 | 23.00 | Defendant's Letters of Reference for Bond Hearing |
| 04/26/2018 | 24.00 | Minute Entry |
| 04/27/2018 | 25.00 | Motion to Allow Appearance by Telephone |
| 05/01/2018 | 26.00 | Order on Defendant's Motion to Allow Appearance by Telephone, preferably Video Conference |
| 05/01/2018 | 27.00 | Motion for Extension of Time to File Response |
| 05/02/2018 | 28.00 | Order Granting Extension of Time to File Response |
| 05/03/2018 | 29.00 | Minute Entry |
| 05/03/2018 | 30.00 | Defendant's 2017 Tax Returns |
| 05/03/2018 | 31.00 | Letter |
| 05/14/2018 | 32.00 | State's Notice of Compliance with Discovery |
| 05/16/2018 | 33.00 | State's Notice of Compliance with Discovery |
| 05/17/2018 | 35.00 | Notice as Co-Counsel |
| 05/17/2018 | 34.00 | Minute Entry |
| 05/21/2018 | 36.00 | Response to Defendant's Motion to Dismiss Incest Charges |
| 05/23/2018 | 38.00 | Minute Entry |
| 05/23/2018 | 37.00 | Order Dismissing Incest Charges |
| 06/01/2018 | 39.00 | State's Notice of Compliance with Discovery |
| 06/04/2018 | 40.00 | Bail Bond Issued by Bondsquad ($125000.00) * * * Approved by Judge Haynes 06/04/18 * * * Exonerated per 09/30/19 Judgment |

| Date | Filing # | Action |
|------|----------|--------|

## State of Montana vs. Thomas William French

| Date | Filing # | Action |
|------|----------|--------|
| 08/07/2018 | 41.00 | State's Notice of Compliance with Discovery |
| 09/05/2018 | 42.00 | State's Notice of Compliance with Discovery |
| 10/23/2018 | 43.00 | State's Notice of Compliance with Discovery |
| 11/15/2018 | 44.00 | State's Notice of Compliance with Discovery |
| 12/11/2018 | 45.00 | Motion to Set Trial |
| 12/12/2018 | 46.00 | Criminal Jury Trial Preparation Order |
| 12/20/2018 | 47.00 | Minute Entry |
| 12/20/2018 | 48.00 | Waiver of Speedy Trial |
| 12/20/2018 | 49.00 | Motion to Continue Trial Date |
| 12/26/2018 | 50.00 | Amended Criminal Jury Trial Preparation Order |
| 12/27/2018 | 51.00 | Motion to Amend Conditions of Release |
| 12/31/2018 | 52.00 | Notice of Appearance |
| 01/04/2019 | 53.00 | State's Notice of Compliance with Discovery |
| 01/14/2019 | 54.00 | Order Setting Hearing |
| 01/17/2019 | 55.00 | Minute Entry |
| 01/17/2019 | 56.00 | Order Amending Conditions of Release |
| 02/19/2019 | 57.00 | State's Notice of Compliance with Discovery |
| 02/19/2019 | 58.00 | Verified Petition to Revoke Bail |
| 02/20/2019 | 59.00 | Arrest Warrant Issued |
| 03/05/2019 | 60.00 | Motion to Set Bail Hearing and to Transport |
| 03/05/2019 | 61.00 | Order Setting Bail Hearing and to Transport Defendant |
| 03/07/2019 | 62.00 | Arrest Warrant Returned served |
| 03/07/2019 | 63.00 | Minute Entry |
| 03/25/2019 | 64.00 | Defendant's First Motion in Limine |
| 04/01/2019 | 65.00 | Motion for Extension of Time to File Response |
| 04/02/2019 | 66.00 | Order Granting Extension of Time to File Response |
| 04/03/2019 | 67.00 | Waiver of Speedy Trial |
| 04/03/2019 | 68.00 | Motion to Continue Trial |
| 04/03/2019 | 69.00 | Order Continuing Hearing |
| 04/08/2019 | 70.00 | Second Amended Criminal Jury Trial Preparation Order |
| 04/30/2019 | 71.00 | Motion for Extension of Time to File Response |
| 05/01/2019 | 72.00 | Order Granting Extension of Time to File Response |
| 05/10/2019 | 73.00 | Motion for Extension of Time to File Response |
| 05/17/2019 | 74.00 | Order Granting Extension of Time to File Response |
| 05/24/2019 | 75.00 | Motion to set Change of Plea Hearing |
| 05/28/2019 | 76.00 | Order Setting Change of Plea Hearing |
| 05/29/2019 | 77.00 | Order for Transport |
| 05/30/2019 | 78.00 | Minute Entry |
| 05/30/2019 | 79.00 | Amended Information |
| 05/30/2019 | 80.00 | Plea Agreement |

| Date | Filing # | Action |
|------|----------|--------|
| **State of Montana vs. Thomas William French** | | |
| 05/30/2019 | 81.00 | Guitly Plea and Waiver of Rights |
| 05/30/2019 | 82.00 | Amended Conditions of Release and Bond |
| 05/30/2019 | 83.00 | Order of Release |
| 05/30/2019 | 84.00 | Order Vacating Trial |
| 06/06/2019 | 85.00 | Motion to Continue Sentencing Hearing |
| 06/12/2019 | 86.00 | Order Continuing Sentencing Hearing |
| 06/12/2019 | 87.00 | Order for Psychosexual Evaluation |
| 07/19/2019 | 88.00 | Mental Health/Psychosexual Evaluation |
| 08/01/2019 | 89.00 | Motion to Continue Sentencing Hearing |
| 08/02/2019 | 90.00 | State's Notice of Letter for Sentencing Hearing |
| 08/02/2019 | 91.00 | Order Continuing Sentencing Hearing |
| 08/05/2019 | 92.00 | Motion to Set Status Hearing |
| 08/05/2019 | 93.00 | Order Setting Status Hearing |
| 08/06/2019 | 93.10 | Minute Entry |
| 08/06/2019 | 94.00 | Order Resetting Hearing |
| 08/16/2019 | 94.10 | Minute Entry |
| 08/16/2019 | 95.00 | Pre-Sentence Investigation |
| 08/16/2019 | 96.00 | Order of Commitment |
| 08/16/2019 | 97.00 | No Contact Order |
| 08/19/2019 | 98.00 | Order Setting Hearing to Correct Parole Restriction in Sentence |
| 08/19/2019 | 98.10 | Minute Entry |
| 09/30/2019 | 99.00 | Judgment and Commitment |
| 10/08/2019 | 100.00 | Notice of Right to Apply for Review of Sentence |
| 10/23/2019 | 101.00 | Acknowledgment of Receipt of Sentence Review Forms |
| 10/29/2019 | 102.00 | Notice of State's Service of Judgment and Commitment |
| 12/06/2019 | 103.00 | Application for Review of Sentence |
| 03/26/2020 | 104.00 | Letter from Sentence Review |
| 07/27/2020 | 105.00 | Notice from Clerk of Court Re: Exhibits/Depositions |
| 07/28/2020 | 106.00 | Receipt of Exhibits (State) |
| 02/10/2021 | 107.00 | Motion Requesting Transcripts |
| 04/21/2021 | 108.00 | Request For Status On Court Transcripts: By Defendant |
| 01/24/2022 | 109.00 | Motion to Compel Request for Transcripts Communications Between Defense Attorney and Prosecuting Attorney Sentencing Documents |